

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

March 23, 2020

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States** v. **Oladayo Oladokun, et al.**, 20 Cr. 3 (KPF)

Dear Judge Failla:

The Government writes to request that the pre-trial conference scheduled for April 15, 2020 at 11:00 a.m. be adjourned for approximately 60 days. Since the initial pretrial conference, the Government has produced three tranches of discovery totaling more than 35 gigabytes. An adjournment will enable defense counsel to review this discovery and the Government to continue to produce additional discovery as it becomes available. Given the current COVID-19 outbreak, it may also be desirable for the Court to defer a conference at which eight defendants and their counsel would otherwise need to appear.

If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date, to allow the parties to continue their review of the discovery and to discuss any pre-trial resolutions.

All counsel for the relevant defendants consent or do not object to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Alexander Li
    Alexander Li
    Thomas Burnett
    Assistant United States Attorneys
    (212) 637-2265/-1064

cc:    All Counsel (*by ECF*)

2019.07.08

Application GRANTED.  The status conference previously scheduled for April 15, 2020, is hereby ADJOURNED to **June 15, 2020, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

It is further ORDERED that time is excluded under the Speedy Trial Act between April 15, 2020, and June 15, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the defendants to review extensive discovery and discuss pretrial resolutions of this case.

SO ORDERED.

Dated: March 23, 2020
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE