UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN, *et al*,<br><br>Defendants. | 20 Cr. 3 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 23, 2020, the Court scheduled a pretrial conference in this action for **June 15, 2020, at 3:30 p.m.** (Dkt. #62). That conference will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 3:30 p.m. on June 15, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:30 p.m.

SO ORDERED.

Dated:   June 8, 2020
         New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge