UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>OLADAYO OLADOKUN, *et al*,<br><br>                                        Defendants. | 20 Cr. 3-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 16, 2020, Defendant Oladayo Oladokun had an initial appearance before Magistrate Judge Cott, at which time he pleaded not guilty to Counts 1 and 2 of the Indictment.  At that appearance, Oladokun was appointed counsel and consented to detention without prejudice to requesting a bail hearing at a late date.  His counsel has now asked the Court to schedule such bail hearing.  Accordingly, the parties are hereby ORDERED to appear for a bail hearing on **June 25, 2020 at 12:00 p.m.**  The dial-in information is as follows: At 12:00 p.m. on June 25, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 12:00 p.m.

SO ORDERED.

Dated:   June 17, 2020
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge