UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN, *et al.*,<br><br>Defendants. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The scheduling order issued earlier today (Dkt. #97) setting a conference for September 2, 2020, at 11:30 a.m. was issued in error. The Clerk of Court is directed to terminate the conference and delete the docket entry.

SO ORDERED.

Dated:  September 1, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge