UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3 (KPF) |
| OLADAYO OLADOKUN, *et al.*, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On June 25, 2020, the Court scheduled a pretrial conference in this action for **September 16, 2020, at 11:00 a.m.**  That conference will proceed as scheduled telephonically.  Both counsel and defendants shall appear telephonically for the conference.  The dial-in information is as follows: At 11:00 a.m. on September 16, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated:   September 8, 2020
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge