**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



February 26, 2021

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Oladayo Oladokun, et al.**, 20 Cr. 3 (KPF)

Dear Judge Failla:

  The Government respectfully writes to request that the pre-trial conference scheduled for March 9, 2021 be adjourned for approximately 60 days. Since the last conference on December 9, 2020, the Government has been engaged in productive discussions with counsel to the remaining defendants. The Government has also made an additional production of discovery, principally relating to its continued investigation of the case. Furthermore, on January 5, 2021, new retained counsel entered an appearance for defendant Oladayo Oladokun; at that counsel's request, the Government is presently re-producing to that attorney all the discovery in the case. Having consulted counsel for the remaining defendants, it appears to be the overwhelming sense among the defense group that a 60-day adjournment would provide necessary time to review the discovery and to continue discussions with the Government. Accordingly, all remaining defendants either consent or do not object to this request.

  If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date, to allow the parties to continue their review of the discovery and to discuss any pre-trial resolutions to the case.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

         By: /s/ Alexander Li
            Alexander Li
            Thomas Burnett
            Assistant United States Attorneys
            (212) 637-2265/-1064

cc: All Counsel (*by ECF*)

2019.07.08

Application GRANTED.  The pretrial conference scheduled for March 9, 2021, is ADJOURNED to **May 11, 2021, at 3:00 p.m.**

It is ORDERED that time is excluded under the Speedy Trial Act through **May 11, 2021**.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the parties to continue their review of discovery and to discuss any pre-trial resolutions to the case.

Dated:   March 1, 2021
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE