UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 20 Cr. 3 (KPF) |
| OLADAYO OLADOKUN, *et al.*, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference in this matter scheduled for May 11, 2021, at

3:00 p.m. is ADJOURNED to **June 1, 2021, at 12:00 p.m.**  The conference will

proceed remotely.  Access instructions will be provided in advance of the

conference.

SO ORDERED.

Dated:   May 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge