UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN, *et al.*,<br><br>Defendants. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 23, 2021, the Court held a motion hearing addressing Defendant Oladayo Oladokun's omnibus motion to dismiss the indictment and for other relief in this case. (*See* Minute Entry for September 23, 2021; *see also* Dkt. #212). The parties are hereby ORDERED to appear on **October 13, 2021, at 10:00 a.m.** for a telephonic conference at which the Court will issue an Order resolving Mr. Oladokun's motion. At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated: September 29, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge