UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN, *et al.*,<br><br>Defendants. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

By Order dated September 29, 2021, the Court directed the parties to appear on October 13, 2021, for a telephonic conference at which the Court will resolve Defendant Oladayo Oladokun's omnibus motion. (Dkt. #230). On October 7, 2021, the Government filed a superseding indictment as to Mr. Oladokun. (Dkt. #234). The Court will schedule Mr. Oladokun's arraignment on the superseding indictment for the same date and time as its decision on his motion. Accordingly, the parties are hereby ORDERED to appear on **October 13, 2021, at 10:00 a.m.** for Mr. Oladokun's arraignment and for the Court's Order resolving Mr. Oladokun's motion. The Court hereby CONVERTS the telephonic conference to a video conference. Instructions for both public audio access and video participants will be sent separately in advance of the conference.

SO ORDERED.

Dated: October 8, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge