

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2021



Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007

**Re:    United States v. Oladayo Oladokun, S4 20 Cr. 3 (KPF)**

Dear Judge Failla:

On October 21, 2021, this Court finished resolving the defendant's motions to suppress evidence and dismiss the indictment. Trial is scheduled to begin on September 12, 2022. The Government respectfully requests that the Court exclude time until trial, so the parties can prepare for trial and continue discussing a potential pre-trial resolution and in light of limited trial availability due to the pandemic and defense counsel's availability. Mr. Oladokun's attorney has consented to the exclusion of time.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

Application GRANTED.

The Court excludes time under the Speedy Trial Act through **September 12, 2022.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Oladokun in a speedy trial for the reasons stated in the Government's above letter.

The Clerk of Court is directed to terminate the motion at docket entry 258.

SO ORDERED.

Dated:   October 28, 2021
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE