UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

OLADAYO OLADOKUN,

Defendant.

20 Cr. 3-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 12, 2021, Defendant Oladayo Oladokun filed an omnibus motion seeking several forms of relief under Federal Rule of Criminal Procedure 12. (Dkt. #212). After hearing oral argument on Mr. Oladokun's motion on September 23, 2021 (*see* Minute Entry for September 23, 2021), the Court issued an oral decision denying the motion in part and reserving decision on it in part on October 13, 2021 (*see* Minute Entry for October 13, 2021).

For the reasons stated at the October 13, 2021 conference, the Court denied Mr. Oladokun's except insofar as it sought to suppress evidence seized from a Porsche sedan. (*See* Minute Entry for October 13, 2021). On October 20, 2021, the Government filed a letter stating that it would not introduce at trial any evidence seized from the Porsche. (Dkt. #252). That same day, the Court issued an endorsement stating that the Government's decision not to introduce evidence seized from the Porsche mooted Mr. Oladokun's remaining motion to suppress that same evidence and noting that it had resolved all of Mr. Oladokun's pretrial motions. (Dkt. #253).

The Clerk of Court is directed to terminate the motion at docket entry 212.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge