UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>OLADAYO OLADOKUN,<br><br>                              Defendant. | S4 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that Defendant Oladayo Oladokun (USM #21480-037) is remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:  January 4, 2022
          New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge