UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN,<br><br>Defendant. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The final pretrial conference currently scheduled for August 31, 2022, is hereby ADJOURNED to **September 7, 2022, at 3:30 p.m.**

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge