UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN,<br><br>                    Defendant. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Oladayo Oladokun's *pro se* post-conviction motion. (Dkt. #520). In reviewing the motion, the Court finds that Mr. Oladokun would benefit from the appointment of CJA counsel. As such, and assuming that she has no conflicts, the Court hereby appoints Joan Loughnane as CJA counsel.

Ms. Loughnane is directed to confer with Mr. Oladokun regarding his motion as soon as possible, and to file a supplemental submission on or before **February 7, 2025**. The Government's response shall be due on or before **March 21, 2025**. There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this Order to Mr. Oladokun at his address of record.

SO ORDERED.

Dated:  December 6, 2024
            New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge