

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

March 24, 2025

**VIA ECF**
The Honorable Katherine Polk Failla
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   No: 1:20-CR-00003-KPF: Mr. Oladayo Oladokun's Motion for Compassionate Release

Dear Judge Failla:

Defendant Oladayo Oladokun respectfully requests leave to file under seal Exhibits A—J (the "Exhibits") attached to his Motion for Compassionate Release (the "Motion") to protect certain information contained within the Exhibits.

In accordance with this Court's Individual Rule 9(B), Mr. Oladokun has redacted from the Motion certain items in the following categories of information requiring caution, which are redactions that do not require the Court's approval: (1) medical records, and (2) treatment and diagnosis. Mr. Oladokun requests leave to file under seal the Exhibits, which corroborate the information redacted in the Motion.

In accordance with this Court's Individual Rule 9(c)(i)(3), Mr. Oladokun is contemporaneously filing on ECF a redacted public version of the Motion. Mr. Oladokun will send via e-mail to Chambers (1) a clean (*i.e.*, unredacted) copy of the Motion, and (2) a copy of the Motion highlighting the information that has been redacted in the ECF filing. In accordance with this Court's Individual Rule 9(d)(i), Mr. Oladokun is filing on ECF a single page marked "SEALED" in place of each Exhibit he seeks leave to file under seal.

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY**

Page 2

                                                Respectfully submitted,

                                                <u>/s/ Michael Levy</u>

                                                Michael A. Levy

CC:   **By ECF**
       All counsel of record

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 536.

Dated:    March 25, 2025          SO ORDERED.
          New York, New York
```

                                                *Katherine Polk Failla*

```
                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE
```