

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

May 22, 2025



MEMO ENDORSED

**VIA ECF**
The Honorable Katherine Polk Failla
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>No: 1:20-CR-00003-KPF: Additional Medical Records for Mr. Oladayo Oladokun</u>

Dear Judge Failla:

    Defendant Oladayo Oladokun respectfully requests leave to file under seal Exhibits A—G (the "Exhibits") attached to his letter regarding his pending motion for compassionate release to protect certain information contained within the Exhibits.

    Mr. Oladokun requests leave to file under seal the Exhibits, which contain (1) medical records, and (2) information regarding treatment and diagnosis. *See* Individual Rule 9(B) (defining certain categories of information requiring caution and that can be redacted without Court approval). In accordance with this Court's Individual Rule 9(d)(i), Mr. Oladokun is filing on ECF a single page marked "SEALED" in place of each Exhibit he seeks leave to file under seal.

                                                 Respectfully submitted,

                                               <u>*/s/ Michael Levy*</u>

                                               Michael A. Levy

CC:    <u>**By ECF**</u>
        All counsel of record

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 555.

Dated:    May 23, 2025          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE