UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLADAYO OLADOKUN,<br><br>                    Defendant. | 20 Cr. 3-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court GRANTS the Government's request to file Exhibits A, B, and C to docket entry 557 under seal, viewable by the Court and the parties only, because they contain sensitive medical information.

SO ORDERED.

Dated:  June 12, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge