

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 7341
MLEVY@SIDLEY.COM

June 12, 2025



**VIA ECF**

The Honorable Katherine Polk Failla
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>No: 1:20-CR-00003-KPF: Request for Oral Argument</u>

Dear Judge Failla:

  Pursuant to Your Honor's appointment of our firm to assist Mr. Oladayo Oladokun in connection with several arguments that he raised in a *pro se* letter to the Court, [Dkt. 520], we write to respectfully request that the Court hear oral argument on Mr. Oladokun's pending motion for compassionate release. If granted, argument for Mr. Oladokun would be presented by Sophia Houdaigui, an associate at the firm who has performed significant work on this matter. We respectfully submit that hearing argument from Ms. Houdaigui would be of value to the Court because the motion presents substantial factual and legal issues relating to both (1) Mr. Oladokun's unique and pressing family circumstances as the sole caregiver for his elderly mother, and (2) his ongoing, unresolved medical complications stemming from a prior assault and inadequate medical care while in custody. Moreover, oral argument is particularly appropriate in light of the Court's original order of appointment, which did not permit us to file a reply to the Government's opposition. *See* Dkt. 521. We have spoken with the Government, which has no objection to our request.

        Respectfully submitted,

        <u>*/s/ Michael Levy*</u>

        Michael A. Levy
        Joan M. Loughnane

CC: <u>By ECF</u> (All counsel of record)

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Application GRANTED.  Due to the Court's trial calendar, the Court will hear Oral Argument in this matter on **August 27, 2025, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    June 12, 2025             SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE