UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3 (KPF) |
| OLADAYO OLADOKUN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The oral argument currently scheduled for August 27, 2025, is ADJOURNED to **August 13, 2025, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: July 18, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge