UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 3-1 (KPF) |
| OLADAYO OLADOKUN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has received Sidley Austin LLP's motion to withdraw as attorneys of record for Defendant Oladayo Oladokun and supporting papers. (Dkt. #583-584). The Court hereby GRANTS the motion and thanks Sidley Austin LLP for its service.

In addition, the Court has received Mr. Oladokun's *pro se* motion for reconsideration of the Court's denial of compassionate release (Dkt. #576) as well as his motion to amend the reconsideration motion (Dkt. #581). In light of the latter motion, the Court DENIES Mr. Oladokun's first motion for reconsideration as moot. Now that the Second Circuit has granted a limited remand, Sidley Austin LLP has withdrawn as counsel, and Mr. Oladokun is proceeding *pro se,* the Court has proper jurisdiction to consider his amended motion for reconsideration of the Court's denial of compassionate release. (Dkt. #581). The Government is directed to file any response to that motion within 30 days, on or before **March 26, 2026**. The Court notes that Mr. Oladokun filed certain sealed medical records along with his amended motion for reconsideration, which records the Court will send to the Government under separate cover.

The Clerk of Court is directed to terminate the pending motions at docket entries 576 and 583.  The Clerk of Court is further directed to mail a copy of this Order to Mr. Oladokun at the following address and to list that address as his address of record:

Oladayo Adeleke Oladokun
Reg. No. 21480-037
FCI Otisville
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963


SO ORDERED.

Dated:   February 24, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2